

**ORDERED in the Southern District of Florida on November 20, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                           CASE NO.  20-21387-BKC-AJC

JOHN W.  MCNEIL, JR.,                          In proceedings under Chapter 13
                                                                 MIAMI-DADE DIVISION

     Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY

THIS CAUSE came before the Court on this 17th day of November, 2020 on the Debtor's Motion to Impose Automatic Stay (D.E. 11), and the Court having reviewed the Motion and having heard the arguments of counsel, and being otherwise fully advised in the premises, it is

ORDERED ADJUDGED and DECREED that:

    1.  The Debtor's Motion to Impose Automatic Stay is GRANTED;

    2.  The Automatic Stay, as to all creditors, is extended until discharge or dismissal of this instant case, pending further of the Court; and

    3.  "In the event of conversion to another chapter or dismissal  prior to confirmation in the instant case , all plan payments held by the Chapter 13 Trustee shall be non-refundable and held in trust for the secured creditors as adequate protection, and in trust for

priority and administrative creditors.  The disbursement shall be on a pro rata basis, less the

Chapter 13 Trustee fees, to the secured, priority or administrative creditors pursuant to the last

proposed Chapter 13 Plan filed".


###

Submitted by:
Raysa I. Rodriguez. Esq.
Bigge & Rodriguez, P.A.
915 Middle River Dr #401
Ft Lauderdale, FL 33304
(954)400-7322
brpa@biggerodriguez.com

Attorney Raysa I. Rodriguez  is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

| | | |
|---|---|---|
| John W McNeil Jr.<br>27237 SW 121st Ct.<br>Homestead, FL 33032 | Nancy Neidich, Trustee<br>(electronically) | Office of the US Trustee<br>(electronically) |
| HMC Assets LLC<br>c/o Ghidotti Berger<br>1031 N Miami Beach Blvd, North<br>Miami Beach, FL 33162 | Cutler Landings Prop. Owners<br>Assoc, Inc.<br>201 Alhambra Cir 11th Floor<br>Coral Gables, FL 33134 | Andreu, Palma, Lavin & Solis,<br>PLLC<br>815 NW 57th Ave., Ste. 401<br>Miami, FL 33126 |
| Atty General of the US<br>950 Pennsylvania Ave NW, #4400<br>Washington, DC 20530-0001 | BSI Financial Services<br>Servicer for HMC Assets LLC<br>1425 Greenway Dr Ste 400<br>Irving, TX 75038 | Crescent Bank & Trust<br>2121 Airline Dr.<br>Ste. 400<br>Metairie, LA 70001 |
| Cutler Landings Prop. Owners<br>Assoc, Inc.<br>381 N. Krome Ave., #205<br>Homestead, FL 33030 | First Premier Bank<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101 |
| Regional Acceptance Corp.<br>266 Beacon Dr.<br>Winterville, NC 28590 | Special Assistant US Attorney<br>Associate Area Counsel<br>1000 S Pine Island Rd #300<br>Plantation, FL 33324 | US Attorney<br>Southern District of Florida<br>99 NE 4 St<br>Miami, FL 33132 |